UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:14-CR-512-T-17TGW

DAVID BROCK LOVELACE.

_____/

ORDER

This cause is before the Court on:

Dkt. 135  Motion to Transport Defendant to BOP
Pending Trial

Defendant David Brock Lovelace is proceeding pro se, with standby counsel Darlene Barror.

Defendant Lovelace is currently being housed at Pinellas County Jail. Defendant Lovelace asserts that Defendant is not being provided the resources to prepare for trial (writing instruments, paper), and Defendant does not have access to computer on which he can view discovery or conduct research. Defendant Lovelace requests that the Court authorize Defendant's transport to BOP custody, where Defendant will have regular access to computers and other resources.

The Government objects to Defendant's Motion.

After consideration, the Court grants Defendant Lovelace's Motion. Accordingly, it is

Case No. 8:14-CR-512-T-17TGW

**ORDERED** that Defendant David Brock Lovelace's Motion to Transport Defendant to BOP Pending Trial (Dkt. 135) is **granted**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 21st day of March, 2019.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:

All parties and counsel of record
U.S. Marshal