UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                    CASE NO. 8:14-CR-512-T-17TGW

DAVID BROCK LOVELACE.

_____/

ORDER

This cause is before the Court on:

Dkt. 168        Report and Recommendation

A Report and Recommendation was entered on Defendant David Brock Lovelace's pending Motion to Suppress and Motion to Dismiss on May 31, 2019.  Ordinarily, there is a fourteen-day period of time to file any objection to a report and recommendation.  However, in light of the fact that this case is scheduled for trial on Monday, June 10, 2019, the Court requires that any objections to the Report and Recommendation must be filed by 3:00 p.m. on Friday, June 7, 2019.  Accordingly, it is

**ORDERED** that any objection to the Report and Recommendation (Dkt. 168) **shall be filed** by **3:00 p.m. on Friday, June 7, 2019.**

**DONE and ORDERED** in Chambers in Tampa, Florida on this 3rd day of June, 2019.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:

All parties and counsel of record

<u>Pro</u> <u>Se</u> Defendant:

David Brock Lovelace
60735-018
Pinellas County Jail
14440 49th St. North
Clearwater, FL   33762