UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

CASE NO. 8:14-CR-512-SCB-TGW

-vs-

DAVID BROCK LOVELACE

## VERDICT

We, the jury, unanimously find as follows as to Defendant, **DAVID BROCK LOVELACE:**

**Count One**

As to Count One of the Indictment – Conspiracy to Pay Health Care Kickbacks:

Guilty ✓             Not Guilty _____

**Count Two**

As to Count Two of the Indictment – Structuring to Avoid Reporting Requirements:

Guilty ✓             Not Guilty _____

SO SAY WE ALL, this 27 day of June, 2019

_[signature]_

FOREPERSON